Laura A. Wytsma (State Bar No. 189527)
lwytsma@loeb.com
Meredith J. Siller (State Bar No. 278293)
msiller@loeb.com
LOEB & LOEB LLP
10100 Santa Monica Blvd., Suite 2200
Los Angeles, CA 90067
Telephone: (310) 282-2000

Attorneys for Plaintiff
Seaboard International, Inc.

Jeremy D. Swanson
SWANSON O'DELL
330 H Street, Suite 2
Bakersfield, CA 93304
(661) 326-1611
www.swansonodell.com

Attorneys for Defendant
Jason Hicks

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SEABOARD INTERNATIONAL, INC., a Texas corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>JASON HICKS, an individual,<br><br>　　　　Defendant. | Case No. 1:13-cv-00419-LJO-JLT<br><br>CONSENT JUDGMENT |

Plaintiff Seaboard International, Inc. ("Seaboard") and defendant Jason Hicks ("Hicks"), having stipulated to the entry of this Consent Judgment, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

1. This Court has jurisdiction of the subject matter of this action and the parties hereto.

2. The parties intend that this Consent Judgment constitute a final judgment on the merits and to have preclusive effect.

3. Hicks is enjoined and restrained from directly or indirectly using, disclosing, disseminating, or attempting to use, disclose, or disseminate any confidential, trade secret, or proprietary information of Seaboard.

4. Hicks is enjoined and restrained from directly or indirectly using, disclosing, disseminating, or attempting to use, disclose, or disseminate any personally identifiable information of Seaboard employees or customers.

5. Hicks shall destroy within ten (10) days of this order any and all confidential or proprietary materials relating to Seaboard or its customers within his possession, custody, or control, including but not limited to detailed machine drawings for Seaboard clients; operating manuals; customer proposals and pricing; customer agreements; company financial statements; product design documents; and employee salary information.  Hicks shall permit confirmation of compliance by a third-party forensic expert.

6. In the event Hicks violates this Consent Judgment, Hicks will be liable to Seaboard for $25,000 in liquidated damages, in addition to all other remedies at law or in equity that Seaboard may have.

7. Either party may, by motion or application for an order to show cause filed in this Court, enforce the terms and conditions contained in this Consent Judgment.  The prevailing party shall be entitled to its reasonable legal fees and costs incurred as a result of enforcing this Consent Judgment.

8. The Court shall retain jurisdiction of this action for purposes of enforcement of this Consent Judgment. The terms of this Consent Judgment shall be governed by the laws of the State of California.

9. The clerk is directed to enter this Consent Judgment forthwith without the necessity of any further order of this Court.

Respectfully submitted by:     LOEB & LOEB LLP

By: /s/ Laura A. Wytsma
    Laura A. Wytsma
    Attorneys for Plaintiff
    SEABOARD INTERNATIONAL, INC.


SWANSON O'DELL


By: /s/ Jeremy D. Swanson (with authorization)
    Jeremy D. Swanson
    Attorneys for Defendant
    JASON HICKS

**ORDER**

**This Court ENTERS this judgment as consented to by the parties. The clerk is directed to close this action.**

IT IS SO ORDERED.

Dated: **June 7, 2013**         **/s/ Lawrence J. O'Neill**
                                             UNITED STATES DISTRICT JUDGE